## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.** 12-cv-01292-KMT        FTR - Courtroom C-201

**Date:** February 1, 2013        Deputy Clerk, Nick Richards

JENNIFER K. ELIO,        Matthew R. Osborne

    Plaintiff,

v.

       Joseph J. Lico

BC SERVICES, INC.,

    Defendant.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:58 a.m.**
Court calls case.  Appearances of counsel.

Motion Hearing is called regarding Defendant's Motion for Extension of Time to File Discovery Responses [Doc. No. 26, filed November 16, 2012]. The Court sall also discuss Defendant's Unopposed Motion to Stay Defendant's Date to Respond to Plaintiff's Motion for Partial Summary Judgment [Doc. No. 27, filed November 16, 2012] which was granted by Minute Order [Doc. No. 32, filed December 5, 2012].

It is **ORDERED**:      Defendant's Motion for Extension of Time [26] is **GRANTED** as stated on the record. Under Fed.R.Civ.P. 36, the requests for admissions deemed admitted are withdrawn.

Plaintiff raises oral motion to withdraw Plaintiff's Motion for Partial Summary Judgment [Doc. No. 25, filed October 30, 2012].

It is **ORDERED**:      Plaintiff's Oral Motion to Withdraw Motion for Partial Summary Judgment [25] is **GRANTED**. Plaintiff's Motion for Partial Summary Judgment [25] is **WITHDRAWN** without prejudice.

It is **ORDERED**:      The current Discovery Cutoff Deadline of February 18, 2013 and the Dispositive Motion Deadline of March 20, 2013 are **VACATED** and reset to the following dates:

        Discovery Cutoff Deadline: March 4, 2013
        Dispositive Motion Deadline: April 5, 2013

        The Trial Preparation Conference set for May 7, 2013 at 10:00 a.m. and the 2-day jury trial set for June 10, 2013 at 9:30 a.m. are unaffected and will proceed as scheduled.

**Court in Recess: 10:11 a.m.**
Hearing concluded.
Total In-Court Time    00:13

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.