IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01292–KMT

JENNIFER K. ELIO,

      Plaintiff,

v.

BC SERVICES, INC.,

      Defendant.

___

**ORDER DENYING MOTION FOR MEDIATION**
___

The matter before me is the Joint Motion For Mediation [Doc. No. 36] filed February 13, 2013.

After reviewing the motion, the record, and D.C.COLO.LCivR 16.6A., I find the parties have failed to demonstrate (1) that an early neutral evaluation as provided by D.C.COLO.LCivR 16.6A. is not adequate; (2) that settlement negotiations can not occur without the involvement of a United States magistrate judge; and (3) that a settlement conference represents an efficacious use of scarce and valuable judicial resources. Absent such a showing, the motion must be denied.

THEREFORE, IT IS ORDERED

The Joint Motion to Set for Mediation [Doc. No. 36] filed February 13, 2013, is DENIED without prejudice.

Dated this 15th day of February, 2013.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge