IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01292–KMT

JENNIFER K. ELIO,

     Plaintiff,

v.

BC SERVICES, INC.,

     Defendant.

---

**ORDER**

---

This matter is before the court on the parties' "Stipulated Motion to Dismiss." (Doc. No. 43, filed Apr. 26, 2013.) The court, being fully advised,

ORDERS that the motion (Doc. No. 43) is GRANTED. The case is dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 29th day of April, 2013.

BY THE COURT:

_____
Kathleen M. Tafoya
United States Magistrate Judge